MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
BRITANNICA D. COLLINS, ESQ.
Nevada Bar No. 13324
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com
bcollins@hawkinsmelendrez.com
*Attorneys for Defendant Ice Lounge Las Vegas LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| K&K PROMOTION INC., | Case No.: 2:21-cv-01055-JCM-DJA |
| Plaintiffs, | |
| v. | |
| MINUS5 CGS, LLC; ICE LOUNGE LAS VEGAS LLC d/b/a ICEBAR AT THE LINQ PROMENADE, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedures, the parties, by and through their undersigned counsel of record, hereby stipulate to extend the time for Defendant ICE LOUNGE LAS VEGAS LLC ("Defendant") to respond to Plaintiff's Complaint (ECF No. 1).

/ / /

/ / /

/ / /

/ / /

1

HAWKINS MELENDREZ, P.C.
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Telephone (702) 318-8800 • Facsimile (702) 318-8801

Defendant's response to Plaintiff's Complaint (ECF No. 1) is currently due on June 30, 2021. The parties agree that Defendants shall have until July 20, 2021 to respond to the Complaint (ECF No. 1).

DATED this 30TH day of June, 2021.   DATED this 30TH day of June, 2021.

| | |
|---|---|
| */s/ Martin I. Melendrez* <br> MARTIN I. MELENDREZ, ESQ. <br> Nevada Bar No. 7818 <br> BRITANNICA D. COLLINS, ESQ. <br> Nevada Bar No. 13324 <br> **HAWKINS MELENDREZ, P.C.** <br> 9555 Hillwood Drive, Suite 150 <br> Las Vegas, Nevada 89134 <br> *Attorneys for Defendant Ice Lounge Las Vegas LLC* | */s/ Spencer H. Gunnerson* <br> L. RANDALL JONES, ESQ. <br> Nevada Bar No. 1927 <br> SPENCER H. GUNNERSON, ESQ. <br> Nevada Bar No. 8810 <br> CHAD ARONSON, ESQ. <br> Nevada Bar No. 14471 <br> **KEMP JONES LLP** <br> 3800 Howard Hughes Pkwy 17th Floor <br> Las Vegas NV 89169 <br> *Attorneys for Plaintiffs* |

IT IS SO ORDERED, that Defendant ICE LOUNGE LAS VEGAS LLC have until July 20, 2021 to respond to the Complaint (ECF No. 1).

DATED: July 12, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2